**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KAREN HALEY-MILLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LLOYD INDUSTRIES, INC. | : | NO. 09-5460 |

CIVIL JUDGMENT

Before the Honorable L. Felipe Restrepo

AND NOW, this 15th day of July, 2011, in accordance with the verdict of the jury by special interrogatories,

IT IS **ORDERED** that Judgment be and the same is hereby entered in favor of defendant, Lloyd Industries, Inc., and against plaintiff, Karen Haley-Miller, on all claims.

**BY THE COURT:**

**ATTEST: /s/ Juanita M. Davis**
Juanita M. Davis
Deputy Clerk